DISTRIBUTORS *v.* SHAW, COMMISSIONER OF REVENUE.

Court rendered judgment on the pleadings which establish the above facts. Defendant appealed.

*Whitener & Mitchem for plaintiff appellee.*
*Attorney General Patton and Assistant Attorneys General Abbott and Behrends for defendant appellant.*

PER CURIAM. The law as interpreted this day in the companion case of *Good Will Distributors (Northern), Inc. v. Shaw, Commissioner,* is applicable to the facts of this case. For the reasons there given the judgment of the Superior Court is

Reversed.

GOOD WILL DISTRIBUTORS (WESTERN), INC. v. EUGENE G. SHAW, COMMISSIONER OF REVENUE OF THE STATE OF NORTH CAROLINA.

(Filed 20 November, 1957)

APPEAL by defendant from *Rudisill, J.,* May Civil Term 1957 of GASTON.

Plaintiff and Good Will Distributors (Southwest) Inc., which had changed its name to Catholic Books (Southwest) Inc., domestic corporations, merged on 1 May 1954. For the fiscal year ending 30 April 1954 Catholic Books, the submerged corporation, sustained an economic loss of $60,834.13. Plaintiff, the surviving corporation, sustained an economic loss for the same period of $4,217.33. Plaintiff, when it filed its tax return for the tax year ending 30 April 1955, asserted a right to deduct the loss of the submerged corporation in the year preceding the merger. This deduction was disallowed. A tax was assessed on the deduction taken. The tax so assessed was paid under protest and this suit brought to recover. The facts stated are established by the pleadings. Judgment was rendered on the pleadings in favor of plaintiff and defendant appealed.

*Whitener & Mitchem for plaintiff appellee.*
*Attorney General Patton and Assistant Attorneys General Abbott and Behrends for defendant appellant.*

PER CURIAM. The law as interpreted this day in the companion case of *Good Will Distributors (Northern), Inc. v. Shaw, Commissioner,* is applicable to the facts of this case. For the reasons there given the judgment of the Superior Court is

Reversed.